**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES
**Case No. 16–23742–TPA**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

James H. Ramsey Jr.                          Sandra L. Ramsey
6001 Roslyn Street                           6001 Roslyn Street
McKeesport, PA 15135–1128                    McKeesport, PA 15135–1128

Social Security No.:
xxx–xx–0946                                  xxx–xx–9541

Employer's Tax I.D. No.:


NAME/ADDRESS OF ATTORNEY FOR DEBTOR          NAME/ADDRESS OF TRUSTEE
Dennis J. Spyra                              Ronda J. Winnecour
119 First Ave                                Suite 3250, USX Tower
Pittsburgh, PA 15222                         600 Grant Street
Telephone number:  412–471–7675              Pittsburgh, PA 15219
                                             Telephone number:  412–471–5566


DATE/TIME/LOCATION OF MEETING OF             CONFIRMATION HEARING DATE/TIME/LOC
CREDITORS                                    February 6, 2017
February 6, 2017                             11:00 AM
11:00 AM                                     3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA   15219
15219


**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE
OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS
WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER
NOTICE OR HEARING.**


Dated: 12/28/16                              BY THE COURT


                                            Thomas P. Agresti
                                            Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 16-23742-TPA
James H. Ramsey, Jr.                                               Chapter 13
Sandra L. Ramsey
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: amaz            Page 1 of 1            Date Rcvd: Dec 28, 2016
                               Form ID: rsc13        Total Noticed: 6


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 30, 2016.
db/jdb        James H. Ramsey, Jr.,   Sandra L. Ramsey,   6001 Roslyn Street,   McKeesport, PA  15135-1128
cr           +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
              Pittsburgh, PA 15233-1828
14301161     +Caliber Home Loans,   P.O. Box 619063,   Dallas, TX 75261-9063
14303437     +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 29 2016 01:41:45     Pennsylvania Dept. of Revenue,
              Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 29 2016 01:50:42
              Pra Receivables Management, LLC,   PO BOX 41067,   NORFOLK, VA 23541-1067
                                                                              TOTAL: 2


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           U.S. Bank National Association, not in its individ
                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2016                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 28, 2016 at the address(es) listed below:
         Dennis J. Spyra   on behalf of Joint Debtor Sandra L. Ramsey attorneyspyra@dennisspyra.com,
          deborah@dennisspyra.com;missdebrastone@msn.com
         Dennis J. Spyra   on behalf of Debtor James H. Ramsey, Jr. attorneyspyra@dennisspyra.com,
          deborah@dennisspyra.com;missdebrastone@msn.com
         James Warmbrodt   on behalf of Creditor   U.S. Bank National Association, not in its individual
          capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
         Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
         S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                              TOTAL: 6