IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRCT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-23742 |
| | ) | |
| James H. Ramsey, Jr. & | ) | Chapter 13 |
| Sandra L. Ramsey, | ) | |
| | ) | Doc No. |
| Debtors | ) | |
| | ) | Related to Doc No. |
| James H. Ramsey, Jr. & | ) | |
| Sandra L. Ramsey, | ) | |
| | ) | |
| Movants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| Respondent. | ) | |

## NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION TO PERMIT ALTERNATE TESTIMONY

**TO THE RESPONDENT(S):**

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than January 27, 2017 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on February 8, 2017, at 10:00 a.m. before Judge Thomas P. Agresti in Courtroom C, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

**Date of Service: January 10, 2017**

                                      **Respectfully Submitted:**

                                      /s/Dennis J. Spyra
                                      Dennis J. Spyra, Esquire
                                      PA ID #46188
                                      1711 Lincoln Way
                                      White Oak, PA 15131
                                      412-673-5228
                                      attorneyspyra@dennisspyra.com