

"Exhibit 1"