FILED
1/31/17 3:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRCT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-23742 |
| | ) | |
| James H. Ramsey, Jr. & | ) | Chapter 13 |
| Sandra L. Ramsey, | ) | |
| | ) | Doc No. |
| Debtors | ) | |
| | ) | Related to Doc No.   34 |
| James H. Ramsey, Jr. & | ) | |
| Sandra L. Ramsey, | ) | |
| | ) | |
| Movants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER OF COURT**

**AND NOW**, to-wit, this ___31st___ day of __January__, 2017, it is hereby **ORDERED, ADJUDICATED and DECREED** that Sandra L. Ramsey shall be permitted to testify on behalf of the Debtor, James H. Ramsey at the rescheduled 341 Meeting of Creditors and at any other rescheduled hearing or matter in the above-referenced bankruptcy case.

**BY THE COURT:**

_____
United States Bankruptcy Judge

jfm

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
James H. Ramsey, Jr.  
Sandra L. Ramsey  
    Debtors

Case No. 16-23742-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 1     Date Rcvd: Feb 01, 2017  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2017.  
db/jdb        James H. Ramsey, Jr.,    Sandra L. Ramsey,    6001 Roslyn Street,    McKeesport, PA   15135-1128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2017                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2017 at the address(es) listed below:

         Dennis J. Spyra     on behalf of Debtor James H. Ramsey, Jr. attorneyspyra@dennisspyra.com, deborah@dennisspyra.com;missdebrastone@msn.com  
         Dennis J. Spyra     on behalf of Joint Debtor Sandra L. Ramsey attorneyspyra@dennisspyra.com, deborah@dennisspyra.com;missdebrastone@msn.com  
         James Warmbrodt     on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
         S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

                                   TOTAL: 6