FILED
2/9/17 10:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| JAMES RAMSEY | : | Case No. 16-23742-TPA |
| SANDRA RAMSEY | : | |
| *Debtor* | : | Chapter 13 |
| | : | |
| JAMES RAMSEY | : | Related to Doc Nos. 15, 20 & 42 |
| SANDRA RAMSEY | : | |
| *Movant* | : | |
| | : | |
| v. | : | |
| | : | |
| RUSHMORE LOAN MANAGEMENT | : | Hearing: March 1, 2017 at 11:00 |
| SERVICES | : | |
| *Respondent(s)* | : | |

## ORDER

On February 6, 2017, the Debtors filed an ***LMP Status Report*** at Document No. 42 ("Status Report"), which states that Debtors did not upload a complete core package to the LMP Portal; Therefore,

*AND NOW*, this **9th** day of **February, 2017,** it is hereby **ORDERED, ADJUDGED and DECREED** that**:**

(1)    A **Status Conference** on compliance with the pending *Loss Mitigation Order*, dated December 6, 2016, is scheduled on **March 1, 2017 at 11:00 A.M.** in the Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA.

(2)    The Court requires Counsel appearing for the Respondent/Creditor, or in addition to Counsel anyone else appearing on Respondent's behalf, to have full and complete knowledge of the file and status of the case so that Counsel is capable of answering any/all of the

Court's questions regarding the status of the pending LMP application. Debtor(s) shall upload a copy of this Order on the Portal.

(3) The Movant shall immediately serve a copy of this *Order* on the Respondent and Counsel for the Respondent, and file a certificate of service within five (5) days.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

ljm

Case administrator to serve:
    Debtor(s)
    Counsel for Debtor(s)
    Ronda Winnecour, Esq., Ch. 13 Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
James H. Ramsey, Jr.  
Sandra L. Ramsey  
       Debtors

Case No. 16-23742-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2   User: llea   Page 1 of 1   Date Rcvd: Feb 09, 2017  
                     Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2017.  
db/jdb       James H. Ramsey, Jr.,   Sandra L. Ramsey,   6001 Roslyn Street,   McKeesport, PA   15135-1128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2017 at the address(es) listed below:
          Dennis J. Spyra   on behalf of Debtor James H. Ramsey, Jr. attorneyspyra@dennisspyra.com, deborah@dennisspyra.com;missdebrastone@msn.com
          Dennis J. Spyra   on behalf of Joint Debtor Sandra L. Ramsey attorneyspyra@dennisspyra.com, deborah@dennisspyra.com;missdebrastone@msn.com
          James Warmbrodt   on behalf of Creditor   U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                             TOTAL: 6