FILED
3/2/17 9:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No.: 16-23742-TPA |
| | : | Chapter: 13 |
| James H. Ramsey, Jr. | : | |
| Sandra L. Ramsey | : | |
| | : | Date: 3/1/2017 |
| *Debtor(s).* | : | Time: 11:00 |

## PROCEEDING MEMO

*MATTER:*   #42 Status Conference on LMP
(Rushmore Loan Management)

*APPEARANCES*:
   Debtor:   Dennis J. Spyra
   Trustee:   Owen Katz
   Rushmore:  James Warmbrodt

*NOTES:*

Spyra:   We did upload a package.  Client husband was unable to sign documentation.  Everything is now ready.  Bank indicated they would make determination by next week.

Warmbrodt:   A decision will be made next week, file is being reviewed.

*OUTCOME:*  LMP extended until 4/15/17.

ljm