# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

- **Debtor:** JAMES H. & SANDRA L. RAMSEY
- **Case Number:** 16-23742-TPA         **Chapter:** 13
- **Date / Time / Room:** THURSDAY, AUGUST 24, 2017 09:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

#8 - Final Confirmation of Plan Dated 10/13/16 NFC
R / M #: 8 / 0

## Appearances:

- Debtor:
- Trustee: Winnecour / Bedford / (Pail) / Katz    *Spyra*
- Creditor:

## Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. __X__ Plan/Motion continued to __1/25/18__ at __9:00__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

8/16/2017   3:05:57PM