**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRCT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | ) | **Case No. 16-23742** |
| | ) | |
| **James H. Ramsey, Jr. &** | ) | **Chapter 13** |
| **Sandra L. Ramsey,** | ) | |
| | ) | |
| Debtors | ) | |
| | ) | |
| **James H. Ramsey, Jr. &** | ) | |
| **Sandra L. Ramsey,** | ) | |
| | ) | |
| Movants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **Rushmore Loan Management Services &** | ) | |
| **Ronda J. Winnecour, Trustee,** | ) | |
| | ) | |
| Respondents. | ) | |

**CERTIFICATE OF SERVICE**

      I, Dennis J. Spyra, Esquire, certify under penalty of perjury that I served a true and correct copy of the within **ORDER TO SHOW CAUSE** upon the following parties of interest on this 6th day of October, 2017 via U.S. Mail, first class, postage paid.

Rushmore Loan Management Services
ATTN: Mr. Terry Smith, President & CEO
15480 Laguna Canyon Rd
Irvine, CA 92618

Richard M. Squire & Associates, LLC
Attn: Robert M. Kline
One Jenkintown Station
115 West Avenue, Suite 104
Jenkintown, PA 19046

Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222

Ronda J. Winnecour, Trustee
Suite 3250 - USX Tower
600 Grant Street
Pittsburgh, PA 15219

Executed on: October 6, 2017

/s/ Dennis J. Spyra, Esquire
Dennis J. Spyra, Esq.
PA I.D. 46188
171 Lincoln Way
White Oak, PA 15131
(412) 673-5228
attorneyspyra@dennisspyra.com