FILED
10/13/17 10:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 16-23742-TPA |
| | : | |
| James H. Ramsey, Jr. | : | Chapter: 13 |
| Sandra L. Ramsey | : | |
| *Debtor(s).* | : | |
| | : | Date: 10/12/2017 |
| | : | Time: 11:00 |

## PROCEEDING MEMO

**MATTER:**  #64 OTSC for failure to comply with the LMP guidelines

**APPEARANCES:**
  Debtor: Dennis J. Spyra
  Trustee: Richard Bedford

**NOTES:**

Spyra:  Something happened with the scheduling of this matter. Debtors completed trial modification. Debtors are current with payments.

**OUTCOME:**  OTSC is vacated. Final Report is deemed as a status report. 2 weeks to file final loan modification or request for status conference to be filed. Chambers to issue Order.

ljm