FILED
10/17/17 3:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

JAMES H. RAMSEY, JR. and
SANDRA L. RAMSEY,
    Debtors

JAMES H. RAMSEY, JR. and
SANDRA L. RAMSEY,
    Movants

v.

RUSHMORE LOAN MANAGEMENT
SERVICES and RONDA J. WINNECOUR:
CHAPTER 13 TRUSTEE,
    Respondents.

Case No. 16-23742-TPA

CHAPTER 13

Related to Document No. 20, 64

## ORDER

An Order to Show Cause hearing was held on October 12, 2017, for failure of Debtors' Counsel, Dennis J. Spyra, Esq., to file a Loss Mitigation Final Report. Based on the statements made at the time of the hearing the Final Report filed on October 6, 2017 at Document No. 67 is deemed as a Status Report.

*AND NOW*, this *16th* day of *October, 2017*, it is hereby **ORDERED, ADJUDGED and DECREED** that **on or before October 30, 2017,** the Debtors shall file a *Motion for Approval of Loan Modification* or *Request for a Status Conference on* Loss Mitigation explaining why the loan modification approval motion has not been filed.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Ronda Winnecour, Esq., Ch. 13 Trustee
    Debtors
    Dennis J. Spyra, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-23742-TPA
James H. Ramsey, Jr.                                                  Chapter 13
Sandra L. Ramsey
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 1              Date Rcvd: Oct 17, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2017.
db/jdb         James H. Ramsey, Jr.,    Sandra L. Ramsey,    6001 Roslyn Street,    McKeesport, PA   15135-1128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2017 at the address(es) listed below:
              Dennis J. Spyra    on behalf of Debtor James H. Ramsey, Jr. attorneyspyra@dennisspyra.com,
               deborah@dennisspyra.com;missdebrastone@msn.com
              Dennis J. Spyra    on behalf of Joint Debtor Sandra L. Ramsey attorneyspyra@dennisspyra.com,
               deborah@dennisspyra.com;missdebrastone@msn.com
              James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6