UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
1/18/18 10:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

| | | |
|---|---|---|
| JAMES H. RAMSEY, JR. <br> SANDRA L. RAMSEY <br> *Debtor* | : <br> : <br> : <br> : <br> : | Case No. 16-23742-TPA <br><br> Chapter 13 |
| JAMES H. RAMSEY, JR. <br> SANDRA L. RAMSEY <br> *Movant,* <br> v. <br><br> RUSHMORE LOAN MGMT <br> SERVICES and RONDA J <br> WINNECOUR <br> *Respondent* | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Related to Document Nos. 15, 20, 64 & 69 <br><br><br><br><br> Hearing: February 7, 2018 at 11:00 A.M. |

## ORDER TO SHOW CAUSE

On September 27, 2017 an *Order to Show Cause* was issued against Dennis Spyra, Esq. to appear at a hearing scheduled on October 12, 2017 to show cause why sanctions should not be imposed against him for his failure to comply with the *Loss Mitigation Program* guidelines, i.e. failure to timely file a **Final Report,** which was due on **March 13, 2017.** On October 6, 2017 a *Final Report* was filed at Document No. 67.

During the October 12, 2017 hearing, counsel explained that Debtors had completed a trial modification and were current with payments. As a result, the *Order to Show Cause* was vacated and the *Final Report* was deemed as a status report. Counsel was then directed to file within on or before October 26, 2017 the motion requesting approval of the final loan modification or alternatively request a status conference. To date, nothing has been filed.

1

*AND NOW*, this *17th* day of *January, 2018*, it is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) An ***Order to Show Cause*** is issued against ***Dennis Spyra, Esq.,*** to ***personally*** appear at a hearing scheduled on ***February 7, 2018*** at ***11:00 A.M.,*** in the Courtroom C, 54th Floor, U.S. Steel Building, 600 Grant Street, Pittsburgh, PA 15219, to show cause as to why sanctions should not be imposed on him either in the form of a monetary fine, disgorgement of attorney fees paid him, suspension from practice before this Court or some other remedial sanction for his continued failure to comply with this Court's Orders, most recently, the Order dated October 16, 2017.

(2) Movant shall immediately serve a copy of this *Order* on the Respondent, and if known, Counsel for the Respondent, and file a certificate of service within three (3) days.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
Debtor
Dennis Spyra, Esq.
Ronda J. Winnecour, Esq.

2

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                          Case No. 16-23742-TPA
James H. Ramsey, Jr.                                            Chapter 13
Sandra L. Ramsey
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: dkam              Page 1 of 1         Date Rcvd: Jan 18, 2018
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2018.
db/jdb        James H. Ramsey, Jr.,   Sandra L. Ramsey,   6001 Roslyn Street,   McKeesport, PA 15135-1128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2018 at the address(es) listed below:
              Dennis J. Spyra    on behalf of Debtor James H. Ramsey, Jr. attorneyspyra@dennisspyra.com,
               deborah@dennisspyra.com;missdebrastone@msn.com
              Dennis J. Spyra    on behalf of Joint Debtor Sandra L. Ramsey attorneyspyra@dennisspyra.com,
               deborah@dennisspyra.com;missdebrastone@msn.com
              James Warmbrodt     on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6