FILED
2/9/18 1:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.:  16-23742-TPA |
| | : | |
| James H. Ramsey, Jr. | : | Chapter:  13 |
| Sandra L. Ramsey | : | |
| *Debtor(s).* | : | |
| | : | Date:  2/7/2018 |
| | : | Time:  11:00 |

## PROCEEDING MEMO

**MATTER:** #71 OTSC Against Dennis Spyra for Failure to Comply with Court Orders

(Dennis Spyra to personally appear)

**APPEARANCES:**

Debtor: Dennis J. Spyra (no appearance)
Trustee: Owen Katz

**NOTES:**

J.    (11:42)

**OUTCOME:** Chambers to issue Order

ljm