FILED
2/9/18 2:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| JAMES H. RAMSEY JR. and | : | Case No. 16-23742-TPA |
| SANDRA L. RAMSEY, | : | Chapter 13 |
| *Debtors.* | : | |
| | : | Related to Doc. Nos. 57, 61 |
| | : | |
| | : | |
| | : | Hearing: Feb. 15, 2018 at 11:30 A.M. |

## ORDER TO SHOW CAUSE

On February 7, 2018, a hearing was held pursuant to this Court's ***Order to Show Cause*** at Document No. 71. The *Order to Show Cause*, which required Counsel for the Debtor to personally appear, was issued as a result of the Debtor's second failure to comply with the Court's *Loss Mitigation Program* guidelines by timely filing a ***Final Report***. Counsel for the Debtor failed to appear at the scheduled hearing, despite being properly notified. The Court is extremely disappointed by Counsel's failure to timely comply with its previous orders and the obvious lack of respect Counsel has shown the Court in this matter, especially in light of Counsel and the Court's prior relationships which dates back over 30 years. It is therefore with heavy heart the Court enters the within Order.

*AND NOW*, this *8th* day of *February, 2018*, it is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

1

(1)  The *Order to Show Cause* is continued to *February 15, 2018 at 11:30 A.M.* in the Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA at which time Counsel for the Debtor *Atty. Dennis J. Spyra* shall *personally* appear to show cause why he should not be held in contempt of Court and appropriate sanctions imposed upon him in the form of monetary sanctions, for his repeated failure to comply with Orders of this Court directing him to appear and otherwise act.

(2)  In the event *Atty. Dennis J. Spyra* after appropriate notice, fails to *personally* appear at the above scheduled hearing and respond to this *Order*, this Court shall thereafter, without further hearing, immediately issue an Order holding *Atty. Dennis J. Spyra* in contempt of Court subjecting him to the above sanction(s) along with additional appropriate sanctions, and, direct the United States Marshals Service to apprehend and take custody of the person, *Atty. J. Spyra*, hold him, and bring him before this Court for the imposition of said sanctions at a hearing to be scheduled by the Court, at its convenience, following the time in which the Court is finally apprised of the U.S. Marshal Services' apprehension of *Atty. Dennis J. Spyra.*

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
  Dennis J. Spyra, Esq.
  Ronda J. Winnecour, Esq., Ch 13 Trustee
  Debtors

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-23742-TPA
James H. Ramsey, Jr.                                                      Chapter 13
Sandra L. Ramsey
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 1             Date Rcvd: Feb 09, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2018.
db/jdb         James H. Ramsey, Jr.,    Sandra L. Ramsey,    6001 Roslyn Street,    McKeesport, PA 15135-1128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2018 at the address(es) listed below:
              Dennis J. Spyra    on behalf of Debtor James H. Ramsey, Jr. attorneyspyra@dennisspyra.com,
               deborah@dennisspyra.com;missdebrastone@msn.com
              Dennis J. Spyra    on behalf of Joint Debtor Sandra L. Ramsey attorneyspyra@dennisspyra.com,
               deborah@dennisspyra.com;missdebrastone@msn.com
              James Warmbrodt     on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6