IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
2/15/18 4:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 16-23742-TPA |
| James H. Ramsey, Jr. | : | Chapter: | 13 |
| Sandra L. Ramsey | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 2/15/2018 |
| | : | Time: | 11:30 |

## PROCEEDING MEMO

*MATTER:*   #75 OTSC Against Dennis Spyra
   #77 Final LMP Report
   #78 Resp by Dennis Spyra to OTSC
   (Dennis Spyra, Esq. to personally appear)

*APPEARANCES:*

   Debtor:   Dennis J. Spyra
   Trustee:   Ronda J. Winnecour (no appearance)

*NOTES:*


*OUTCOME:*   VACATED, TO to be entered.

ljm