**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRCT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | ) | **Case No. 16-23742** |
| | ) | |
| **James H. Ramsey, Jr. &** | ) | **Chapter 13** |
| **Sandra L. Ramsey,** | ) | |
| | ) | |
| **Debtors** | ) | |
| | ) | |
| **James H. Ramsey, Jr. &** | ) | |
| **Sandra L. Ramsey,** | ) | |
| | ) | |
| **Movants,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **BSI Financial Services &** | ) | |
| **Ronda J. Winnecour, Trustee,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## CERTIFICATE OF SERVICE

I, Dennis J. Spyra, Esquire, certify under penalty of perjury that I served a true and correct copy of the within **Order** upon the following parties of interest on this 22nd day of March, 2018 via U.S. Mail, first class, postage paid.

BSI Financial Services
ATTN: Gagan Sharma, President & CEO
1425 Greenway Drive
Suite 400
Irving, TX 75038
BSI Financial Services
314 S Franklin St, 2nd Floor
Titusville, PA 16354

Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222

Ronda J. Winnecour, Trustee
Suite 3250 - USX Tower
600 Grant Street
Pittsburgh, PA 15219

Executed on:  March 22, 2018              /s/ Dennis J. Spyra, Esquire
Dennis J. Spyra, Esq.
PA I.D. 46188
171 Lincoln Way
White Oak, PA 15131
(412) 673-5228
attorneyspyra@dennisspyra.com