FILED
4/6/18 1:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.:  16-23742-TPA |
| James H. Ramsey, Jr. | : | Chapter:  13 |
| Sandra L. Ramsey | : | |
| *Debtor(s).* | : | Date:  4/4/2018 |
| | : | Time:  12:30 |

## PROCEEDING MEMO

**MATTER:**    #81 Motion for Loss Mitigation with BSI Financial

**APPEARANCES:**
   Debtor:    Dennis J. Spyra + Mrs. Ramsey
   Trustee:    Ronda J. Winnecour

**NOTES:**

Spyra:    Background of matters given.  At last minute servicers changed.  Was previously Rushmore.  No objection was received.

**OUTCOME:**    GRANTED / OE

*/s/ signature*
ljm