**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRCT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-23742 |
| | ) | |
| **James H. Ramsey, Jr. &** | ) | Chapter 13 |
| **Sandra L. Ramsey,** | ) | |
|     **Debtors** | ) | Related to Document No. |
| | ) | |
| **James H. Ramsey, Jr. &** | ) | Hearing Date and Time: |
| **Sandra L. Ramsey,** | ) | |
|     **Movants,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **BSI Financial Services &** | ) | |
| **Ronda J. Winnecour, Trustee,** | ) | |
| | ) | |
|     **Respondents.** | ) | |

**LOSS MITIGATION ORDER**

A ***Motion for Loss Mitigation*** was filed by _____ on _____. The Parties have had notice and an opportunity to object and the Court has reviewed any objections filed thereto.

*AND NOW*, this _____ day of _____, 20_____, it is hereby **ORDERED** that:

(1) The following parties are directed to participate in the Court's ***Loss Mitigation Program*** (**LMP**) as set forth in *W.PA.LBR 9020-1* through *9020-7*.

    Debtors: James H. Ramsey & Sandra L. Ramsey

    Creditor:    BSI Financial Services

(2) ***During the Loss Mitigation Period***, the Debtor shall make (or cause to be made) adequate protection payments in the amount of $560.00 per month to the Creditor or the Creditor's designee pursuant to *W.PA.LBR 9020-3(g)*.

(3) ***Within fourteen (14) days from the entry of this Order***, the Creditor shall register and post its entire Core LMP Package on the Portal (if not previously registered) pursuant to *W.PA.LBR 9020-4(b)*.

(4) ***Within seven (7) days from the entry of this Order*** or Creditor's registration on the Portal, whichever is later, the Debtor shall upload a completed Core LMP Package through the Portal pursuant to *W.PA.LBR 9020-4(c)*.

(5) ***Within fourteen (14) days of the debtor's submission of the Core LMP Package***, the Creditor shall acknowledge receipt and designate a single point of contact for Debtor's review, pursuant to *W.PA.LBR 9020-4(d)*.

(6) ***Within sixty (60) days from the entry of this Order***, the Debtor shall file and serve upon all interested parties an LMP Status Report, pursuant to *W.PA.LBR 9020-4(e)*.

(7)  **One hundred twenty (120) days from the entry of this Order,** the LMP Period shall terminate unless extended pursuant to *W.PA.LBR 9020-5(b)*.

(8)  **Within seven (7) days of the termination of the Loss Mitigation Period**, the Debtor shall submit an LMP Final Report pursuant to *W.PA.LBR 9020-4(f)*.

(9)  Debtor shall *immediately* serve a copy of this Order on Creditor and file a certificate of service evidencing same.

_____
United States Bankruptcy Judge