# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JAMES H. RAMSEY, JR.
SANDRA L. RAMSEY
        Debtor(s)

Case No. 16-23742TPA

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,
        Movant

Chapter 13

        vs.

Document No __

US BANK NA - TRUSTEE

        Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE ARR. to be issued in this case and relating to Debtor's account number 5638.

Regular mortgage payments are currently being directed to the following creditor at the following address:

US BANK NA - TRUSTEE
C/O RUSHMORE LOAN MANAGEMENT SERVICES
PO BOX 52708
IRVINE,CA 92619-2708

Movant has been requested to send payments to:
BSI FINANCIAL SERVICES

5638

The Chapter 13 Trustee's CID Records of US BANK NA - TRUSTEE have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 5/2/2018.

cc: Debtor
Original creditor
Putative creditor
Debtor's Counsel

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
JAMES H. RAMSEY, JR., SANDRA L. RAMSEY, 6001 ROSLYN STREET, MCKEESPORT, PA  15135-1128

ORIGINAL CREDITOR:
US BANK NA - TRUSTEE, C/O RUSHMORE LOAN MANAGEMENT SERVICES, PO BOX 52708, IRVINE, CA  92619-2708

ORIGINAL CREDITOR'S COUNSEL:
JAMES C WARMBRODT ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106

NEW CREDITOR:
BSI FINANCIAL SERVICES

DEBTOR'S COUNSEL:
DENNIS J SPYRA ESQ, 119 FIRST AVE, PITTSBURGH, PA  15222

:
RUSHMORE LOAN MANAGEMENT SVCS, PO BOX 55004, IRVINE, CA  92619