# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| JAMES H. RAMSEY, JR. | Case No. 16-23742TPA |
| SANDRA L. RAMSEY | |
| Debtor(s) | |
| RONDA J. WINNECOUR, | Chapter 13 |
| Standing Chapter 13 Trustee, | |
| Movant | |
| vs. | Document No __ |
| US BANK NA - TRUSTEE | |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE REGULAR PAYMENT to be issued in this case and relating to Debtor's account number 5638.

Regular mortgage payments are currently being directed to the following creditor at the following address:

US BANK NA - TRUSTEE
C/O RUSHMORE LOAN MANAGEMENT SERVICES
PO BOX 52708
IRVINE,CA 92619-2708

Movant has been requested to send payments to:
BSI FINANCIAL SERVICES


5638

The Chapter 13 Trustee's CID Records of US BANK NA - TRUSTEE have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 5/2/2018.

|  |  |
|---|---|
| cc: Debtor<br>Original creditor<br>Putative creditor<br>Debtor's Counsel | <u>/s/ Ronda J. Winnecour</u><br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| DEBTOR(S):<br>JAMES H. RAMSEY, JR., SANDRA L. RAMSEY, 6001 ROSLYN STREET, MCKEESPORT, PA  15135-1128 | DEBTOR'S COUNSEL:<br>DENNIS J SPYRA ESQ, 119 FIRST AVE, PITTSBURGH, PA  15222 |
|---|---|
| ORIGINAL CREDITOR:<br>US BANK NA - TRUSTEE, C/O RUSHMORE LOAN MANAGEMENT SERVICES, PO BOX 52708, IRVINE, CA  92619-2708 | :<br>RUSHMORE LOAN MANAGEMENT SVCS, PO BOX 55004, IRVINE, CA  92619 |
| ORIGINAL CREDITOR'S COUNSEL:<br>JAMES C WARMBRODT ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106 | |
| NEW CREDITOR:<br>BSI FINANCIAL SERVICES | |