## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

IN RE:  Case No. 16-23742-TPA
Chapter 13

JAMES H. RAMSEY, JR.

SANDRA L. RAMSEY

Debtor(s).

## NOTICE OF APPEARANCE

**U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Christopher M. McMonagle, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By: _/s/ Christopher M. McMonagle, Esquire_
Christopher M. McMonagle, Esquire,
Bar No: 316043
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
cmcmonagle@sterneisenberg.com
Attorney for Creditor

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance has been sent by electronic means via the Court's CM/ECF notification system this 29th day of June, 2018, to the following:

Dennis J. Spyra
119 First Avenue
Pittsburgh, PA 15222
attorneyspyra@dennisspyra.com
*Attorney for Debtor(s)*

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
*Chapter 13 Trustee*

Office of the U.S. Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222
*U.S. Trustee*

and by standard first class mail postage prepaid to:

James H. Ramsey, Jr.
6001 Roslyn Street
McKeesport, PA 15135-1128

Sandra L. Ramsey
6001 Roslyn Street
McKeesport, PA 15135-1128
*Debtor(s)*

                                    By:   */s/Christopher M. McMonagle, Esquire*