# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| Debtor: | JAMES H. & SANDRA L. RAMSEY |
| Case Number: | 16-23742-TPA     Chapter: 13 |
| Date / Time / Room: | THURSDAY, JULY 26, 2018 09:00 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 PGH TRUSTEE |

FILED
7/26/18 3:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#8 - - Continued Confirmation of Plan Dated 10/13/16 NFC
R / M #:  8 / 0

*Appearances:*    Kirchenbaum

Debtor:
Trustee: Winnecour / (Pail) / Katz / DeSimone

Creditor:

*Proceedings:*

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. __X__ Contested Hearing: __8/16/18__ at __12:30pm__.
10. _____ Other:

**For Judge Agresti cases:**
Student Loan Debt:  If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment: _____

Continuance rule.
LmP pending

United States Bankruptcy Court
Western District of Pennsylvania

In re:
James H. Ramsey, Jr.
Sandra L. Ramsey
    Debtors

Case No. 16-23742-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: jhel    Page 1 of 1    Date Rcvd: Jul 26, 2018
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2018.
db/jdb        James H. Ramsey, Jr.,    Sandra L. Ramsey,    6001 Roslyn Street,    McKeesport, PA  15135-1128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2018                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2018 at the address(es) listed below:
           Christopher M. McMonagle    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
           Dennis J. Spyra    on behalf of Debtor James H. Ramsey, Jr. attorneyspyra@dennisspyra.com, deborah@dennisspyra.com;missdebrastone@msn.com
           Dennis J. Spyra    on behalf of Joint Debtor Sandra L. Ramsey attorneyspyra@dennisspyra.com, deborah@dennisspyra.com;missdebrastone@msn.com
           James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
           S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                        TOTAL: 7