FILED
8/9/18 3:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRCT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-23742 |
| | ) | |
| James H. Ramsey, Jr. & | ) | Chapter 13 |
| Sandra L. Ramsey, | ) | |
| | ) | |
| Debtors | ) | |
| | ) | |

### ORDER OF COURT

AND NOW, this ____9th____ day of ____August____ 2018 and upon

consideration of the foregoing Motion to Reschedule the Contested Hearing, it is hereby:

**ORDERED** that the Contested Hearing in the above-styled case scheduled on August 16,

2018 at 12:30 p.m. be and hereby is cancelled..

**IT IS FURTHER ORDERED** that the Contested Hearing in the above-styled case shall

be held on   September 19, 2018 at 12:30 p.m. in Courtroom C, 54th Fl. U.S. Steel Tower,

600 Grant Street, Pittsburgh, PA.   Counsel shall serve this order and file a certificate of service.

_____
United States Bankruptcy Judge **ljm**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 16-23742-TPA
James H. Ramsey, Jr.                                                            Chapter 13
Sandra L. Ramsey
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2              User: dkam              Page 1 of 1              Date Rcvd: Aug 09, 2018
                                 Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2018.
db/jdb        James H. Ramsey, Jr.,   Sandra L. Ramsey,   6001 Roslyn Street,   McKeesport, PA 15135-1128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2018 at the address(es) listed below:
          Christopher M. McMonagle   on behalf of Creditor   U.S. Bank Trust National Association, as
          Trustee of the SCIG Series III Trust cmcmonagle@sterneisenberg.com,   bkecf@sterneisenberg.com
          Dennis J. Spyra   on behalf of Debtor James H. Ramsey, Jr. attorneyspyra@dennisspyra.com,
          deborah@dennisspyra.com;missdebrastone@msn.com
          Dennis J. Spyra   on behalf of Joint Debtor Sandra L. Ramsey attorneyspyra@dennisspyra.com,
          deborah@dennisspyra.com;missdebrastone@msn.com
          James  Warmbrodt   on behalf of Creditor   U.S. Bank National Association, not in its individual
          capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                               TOTAL: 7