**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRCT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** ) | **Case No. 16-23742** |
| ) | |
| **James H. Ramsey, Jr. &** ) | **Chapter 13** |
| **Sandra L. Ramsey,** ) | |
| ) | |
| **Debtors** ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I, Dennis J. Spyra, Esquire, certify under penalty of perjury that I served a true and correct copy of the within **Request to Extend the Loss Mitigation Period** upon the following parties of interest on this 15th day of August, 2018 via U.S. Mail, first class, postage paid.

All Creditors on the attached Mailing Matrix &

BSI Financial Services
ATTN: Gagan Sharma, President & CEO
1425 Greenway Drive, Suite 400
Irving, TX 75038

BSI Financial Services
314 S Franklin St, 2nd Floor
Titusville, PA 16354

Stern & Eisenberg, P.C.
Attn: Brandon Accardi
1581 Main Street, Suite 200
Warrington, PA 18976

Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222

Ronda J. Winnecour, Trustee
Suite 3250 - USX Tower
600 Grant Street
Pittsburgh, PA 15219

| | |
|---|---|
| Executed on:  August 15, 2018 | /s/ Dennis J. Spyra, Esquire |
| | Dennis J. Spyra, Esq. |
| | PA I.D. 46188 |
| | 1711 Lincoln Way |
| | White Oak, PA 15131 |
| | (412) 673-5228 |
| | attorneyspyra@dennisspyra.com |