IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: )
James H. Ramsey Jr. )   Case No.: 16-23742 TPA
Sandra L. Ramsey )   Chapter 13
    Debtor(s) )
_____)
Ronda J. Winnecour, Chapter 13 )
Trustee, )
 )
    Movant, )
 )
    Vs. )
U.S. Bank National Association, not in )
Its individual capacity but solely as )
Trustee for the RMAC Trust Series )
2016-CTT )
    Respondent(s) )

CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of the Objection with attached proposed Order of Court upon the following, by regular United States mail, postage prepaid:

James H. Ramsey Jr.
Sandra L. Ramsey
119 First Avenue
McKeesport, PA  15135

Dennis J. Spyra, Esquire
119 First Avenue
Pittsburgh, PA  15222

James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106

Christopher M. McMonagle, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA  18976

Rushmore Loan Management Services
P. O. Box 55004
Irvine, CA  92619-2708

Rushmore Loan Management Services LLC
Attn: Terry Smith, CEO
15480 Laguna Canyon Road
Irvine, CA  92618


Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222


| | |
|---|---|
| <u>9-12-2018</u> | <u>S/ Amy T. Sabedra</u> |
| Date | Administrative Assistant |
| | Office of the Chapter 13 Trustee |
| | US Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | 412) 471-5566 |
| | cmecf@chapter13trusteewdpa.com |