IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| James H. Ramsey Jr. | ) | Case No.: 16-23742 TPA |
| Sandra L. Ramsey | ) | Chapter 13 |
|     Debtor(s) | ) | |
| _____ | ) | |
| Ronda J. Winnecour, Chapter 13 | ) | |
| Trustee, | ) | |
| | ) | |
|     Movant, | ) | Related Doc. 107, 109 |
| | ) | |
|     Vs. | ) | |
| U.S. Bank National Association, not in | ) | Hearing Date: 11-14-2018 |
| Its individual capacity but solely as | ) | |
| Trustee for the RMAC Trust Series | ) | |
| 2016-CTT | ) | |
|     Respondent(s) | ) | |

**\*AMENDED CERTIFICATE OF SERVICE OF TRUSTEE'S MOTION TO
PRECLUDE POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES
AND SCHEDULING ORDER**

I certify under penalty of perjury that I am, and at all times hereafter mentioned was, more than 18 years of age and that I served the above captioned Motion and Scheduling Order on the parties at the addresses specified below on **September 19, 2018**.

\*On **September 20, 2018**, I served Mr. and Mrs. Ramsey at the below corrected address.

The type of service made on the parties was First Class Postage Prepaid Mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

James H. Ramsey, Jr.
Sandra L. Ramsey
6001 Roslyn Street
McKeesport, PA  15135-1128

Dennis J. Spyra, Esquire
119 First Avenue
Pittsburgh, PA  15222

James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106

Christopher M. McMonagle, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA  18976

Rushmore Loan Management Services
P. O. Box 55004
Irvine, CA  92619-2708

Rushmore Loan Management Services LLC
Attn: Terry Smith, CEO
15480 Laguna Canyon Road
Irvine, CA  92618

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222

**BY:**    /s/ Amy T. Sabedra
Office of the Chapter 13 Trustee
Suite 3250, U.S. Steel Tower
600 Grant Street
Pittsburgh, PA  15219
412-471-5566
cmecf@chapter13trusteewdpa.com