IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
9/21/18 11:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re: : Case No.: 16-23742-TPA
:
James H. Ramsey, Jr. : Chapter: 13
Sandra L. Ramsey :
*Debtor(s).* :
:   Date: 9/19/2018
:   Time: 12:30

## PROCEEDING MEMO

*MATTER:* #8 Contested Plan dated 10/13/16

*APPEARANCES:*
    Debtor: Dennis J. Spyra
    Trustee: Jana Pail

*NOTES:*

Pail: Plan payment is substantially current. LMP is pending with no resolution.

Spyra: On 9/17 received loan modification.

*OUTCOME:* Motion to Approve Loan Mod to be filed within 2 weeks.
Plan to track LMP

ljm