# IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
## CIVIL DIVISION

COVER SHEET (ONLY for cases involving mortgage foreclosure)

**Plaintiff(s)**

LSF8 Master Participation Trust

**EXHIBIT A**

Vs

**Defendant(s)**

James H. Ramsey, Jr.
Sandra L. Ramsey

If Case involves real estate please enter the Property Information.

### Certificate of Location

I hereby certify that the location of the real estate is:

Elizabeth Township
City, Boro or Township

Parcel ID: 653 - G - 91   Tiebreaker: ___

**Address:**
6001 Roslyn Street
Boston, PA 15135

**YOU MUST CHECK ONE SELECTION IN EACH BOX**
- [✓] OWNER OCCUPIED RESIDENTIAL
- [ ] NON-OWNER OCCUPIED RESIDENTIAL
- [ ] COMMERCIAL
- [ ] OTHER (explain _____)

- [✓] FOUR UNITS OR LESS
- [ ] OVER FOUR UNITS

**Case Number:** ___ - ___ - ___

**Type of pleading:**
Complaint in Mortgage Foreclosure

**Code and Classification:** ___

**Filed on behalf of**
LSF8 Master Participation Trust

(Name of the filing party)

- [✓] Counsel of Record
- [ ] Individual, If Pro Se

**Name, Address and Telephone Number:**
Bradley Osborne, Esquire
Richard M. Squire & Associates, LLC
115 West Avenue, Suite 104
Jenkintown, PA 19046

**Attorney's State ID:** 312169

**Attorney's Firm ID:** ___

IF RESIDENTIAL: Name address and telephone number of representative of lending institution with authority to discuss this action.

Kawanna Coppage, Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134    Phone: 1-800-621-1437

By _____

Richard M. Squire & Associates, LLC     Attorneys for Plaintiff
By:    Richard M. Squire, Esquire
         Robert M. Kline, Esquire
         Bradley Osborne, Esquire
         ID. Nos. 04267 / 56479 / 312169
One Jenkintown Station, Suite 104
115 West Avenue
Jenkintown, PA 19046
Telephone: 215-886-8790
Fax: 215-886-8791

| | |
|---|---|
| LSF8 Master Participation Trust,<br><br>PLAINTIFF,<br><br>v.<br><br>James H. Ramsey, Jr.<br>119 First Avenue<br>Pittsburgh, PA 15222<br><br>Sandra L. Ramsey<br>119 First Avenue<br>Pittsburgh, PA 15222,<br><br>DEFENDANTS | IN THE COURT OF COMMON PLEAS ALLEGHENY COUNTY, PENNSYLVANIA<br><br>DOCKET NO:<br><br>CIVIL ACTION<br><br>MORTGAGE FORECLOSURE |

**COMPLAINT - CIVIL ACTION**
**NOTICE TO DEFEND**

**NOTICE**

**YOU HAVE BEEN SUED IN COURT.** If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim of relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

1

CAL-1632F/Ramsey

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

**Lawyer Referral Service**
**Allegheny County Bar Association**
**400 Koppers Building, 11th Floor; 436 Seventh Avenue**
**Pittsburgh, Pa 15219**
**412-261-5555**

**414 Grant Street, 1st Floor; City-County Building**
**Pittsburgh, PA 15219**
**412-261-0518**

## AVISO

**LE HAN DEMANDADO A USTED EN LA CORTE.** Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objecciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus edades u otros derechos importantes para usted.

USTED DEBE LLEVAR ESTE DOCUMENTO A SU ABOGADO INMEDIATAMENTE. SI USTED NO TIENE UN ABOGADO, LLAME O VAYA A LA SIGUIENTE OFICINA. ESTA OFICINA PUEDE PROVEERLE INFORMACION ACERCA DE COMO CONSEGUIR UN ABOGADO.

SI USTED NO PUEDE PAGAR POR LOS SERVICIOS DE UN ABOGADO, ES POSIBLE QUE ESTA OFICINA LE PUEDA PROVEER INFORMACION SOBRE AGENCIAS QUE OFREZCAN SERVICIOS LEGALES SIN CARGO O BAJO COSTO A PERSONAS QUE CALIFICAN.

**Lawyer Referral Service**
**Allegheny County Bar Association**
**400 Koppers Building, 11th Floor; 436 Seventh Avenue**
**Pittsburgh, Pa 15219**
**412-261-5555**

**414 Grant Street, 1st Floor; City-County Building**
**Pittsburgh, PA 15219**
**412-261-0518**

2

CAL-1632F/Ramsey

| | |
|---|---|
| Richard M. Squire & Associates, LLC<br>By:   Richard M. Squire, Esquire<br>       Robert M. Kline, Esquire<br>       Bradley Osborne, Esquire<br>       ID. Nos. 04267 / 56479 / 312169<br>One Jenkintown Station, Suite 104<br>115 West Avenue<br>Jenkintown, PA 19046<br>Telephone: 215-886-8790<br>Fax: 215-886-8791 | Attorneys for Plaintiff |
| LSF8 Master Participation Trust,<br><br>PLAINTIFF,<br><br>v.<br><br>James H. Ramsey, Jr.<br>119 First Avenue<br>Pittsburgh, PA 15222<br><br>Sandra L. Ramsey<br>119 First Avenue<br>Pittsburgh, PA 15222,<br><br>DEFENDANTS | IN THE COURT OF COMMON PLEAS<br>ALLEGHENY COUNTY,<br>PENNSYLVANIA<br><br>DOCKET NO:<br><br>CIVIL ACTION<br><br>MORTGAGE FORECLOSURE |

**COMPLAINT IN MORTGAGE FORECLOSURE**

PLAINTIFF, LSF8 Master Participation Trust, by and through its undersigned attorney brings this action in mortgage foreclosure upon the following cause of action:

1.     PLAINTIFF, LSF8 Master Participation Trust, is a corporation, limited partnership, limited liability company, trust, federal savings bank, federal credit union, or national banking association under and pursuant to the National Banking Act (13 Stat. 99, 12 U.S.C. 1 et seq.) with its principal place of business at c/o Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134.

2.     Defendants, James H. Ramsey, Jr and Sandra L. Ramsey, are the real owners,

CAL-1632F/Ramsey

3

mortgagors, and grantees in the last Deed of record to the real property located at 6001 Roslyn Street, Boston, PA 15135, including any/all improvements and detached structures thereon as well as any/all riparian/water rights appertaining thereto (hereinafter collectively referred to as "Premises").

3. On April 21, 2008, Defendants made, executed, and delivered a Mortgage to Beneficial Consumer Discount Company d/b/a Beneficial Mortgage Co of Pennsylvania (hereinafter referred to as "Originating Lender") as security for Defendants' payment and other obligations in consideration of a mortgage loan made to Defendants by the Originating Lender. Said Mortgage is recorded in the Office of the Recorder in and for Allegheny County, and was recorded on April 24, 2008, in Allegheny County as Mortgage Book 35302, Page 69, and as Instrument No./Doc ID 2008-36027, and is incorporated herein by reference by virtue of Pa. R.C.P. 1019(g).

4. By Assignment of Mortgage dated October 2, 2014, the Mortgage was assigned to PLAINTIFF, which Assignment is recorded on October 8, 2014, as Book 44402, Page 120, and as Instrument No./Doc ID 2014-71136. Plaintiff is the holder of the mortgage.

5. A true and correct copy of the Legal Description is attached hereto, made part hereof, and marked as Exhibit "A."

6. The address of the Premises is 6001 Roslyn Street, Boston, PA 15135.

7. The aforesaid Mortgage is in default because the required monthly payments due under the terms of the aforesaid Mortgage have not been made from September 25, 2014, through the present date. By the terms of the aforesaid Mortgage, upon breach and failure to cure said breach after written notice thereof, all sums secured by said Mortgage shall be immediately due and owing.

8. The terms of the aforesaid Mortgage further provide that, in the event of default, Defendants shall be liable for, *inter alia*, Plaintiff's costs, corporate advances, escrow advances, and attorneys' fees.

9. The following amounts are due as of September 9, 2016:

| | | |
|---|---|---:|
| Principal | $ | 47,976.19 |
| Accrued Interest through September 9, 2016 | $ | 5,508.26 |
| Escrow Balance | $ | 2,699.90 |
| Deferred Modified Interest | $ | 7,254.68 |
| Deferred Fees | $ | 687.50 |
| BPO | $ | 118.50 |
| Property Inspection | $ | 120.00 |
| Total | $ | 64,365.03 |

plus additional pre-judgment and post-judgment interest at the per diem rate of $7.39 or at the adjusted amount if the interest rate is variable, additional late charges, additional corporate advances, additional escrow advances, attorneys' fees in accordance to applicable law and court costs, and any/all other sums recoverable by Plaintiff under the terms of the aforesaid Mortgage.

10. Notice of Intention to Foreclose pursuant to Act 6 and/or Act 91 was sent in accordance with Pennsylvania law more than 34 days ago.

5

CAL-1632F/Ramsey

WHEREFORE, Plaintiff respectfully requests that judgment *in rem* be entered in its favor and against Defendants, James H. Ramsey, Jr. and Sandra L. Ramsey, for foreclosure and sale of the Premises in the amounts due as set forth in Paragraph 9, namely $64,365.03, plus additional pre-judgment and post-judgment interest at the per diem rate of $7.39 or at the adjusted amount if the interest rate is variable, additional late charges, additional corporate advances, additional escrow advances, attorneys' fees in accordance to applicable law and court costs, any/all other sums recoverable by Plaintiff under the terms of the aforesaid Mortgage, and such other relief as this Court deems just and proper.

**RICHARD M. SQUIRE & ASSOCIATES, LLC**

By: _____
Richard M. Squire, Esq. (PA I.D.# 04267)
Robert M. Kline, Esq. (PA I.D. # 56479)
Bradley J. Osborne, Esq. (PA I.D. # 312169)
115 West Avenue, Suite 104
Jenkintown, PA 19046
215-886-8790
215-886-8791 (fax)
rsquire@squirelaw.com
rkline@squirelaw.com
bosborne@squirelaw.com
Attorneys for Plaintiff

Date: __9/30/16__

**UNLESS YOU NOTIFY US WITHIN THIRTY (30) DAYS AFTER RECEIPT OF THIS LETTER/NOTICE/PLEADING THAT THE DEBT, OR ANY PART OF IT, IS DISPUTED, WE WILL ASSUME THAT THE DEBT IS VALID. IF YOU DO NOTIFY US OF A DISPUTE, WE WILL OBTAIN VERIFICATION OF THE DEBT AND MAIL IT TO YOU. ALSO UPON YOUR REQUEST WITHIN THIRTY (30) DAYS, WE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR IF DIFFERENT FROM THE CURRENT CREDITOR. THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Richard M. Squire & Associates, LLC
By:   Richard M. Squire, Esquire
       Robert M. Kline, Esquire
       Bradley Osborne, Esquire
       ID. Nos. 04267 / 56479 / 312169
One Jenkintown Station, Suite 104
115 West Avenue
Jenkintown, PA 19046
Telephone: 215-886-8790
Fax: 215-886-8791

Attorneys for Plaintiff

| | |
|---|---|
| LSF8 Master Participation Trust,<br><br>PLAINTIFF,<br><br>v.<br><br>James H. Ramsey, Jr.<br>119 First Avenue<br>Pittsburgh, PA 15222<br><br>Sandra L. Ramsey<br>119 First Avenue<br>Pittsburgh, PA 15222,<br><br>DEFENDANTS | IN THE COURT OF COMMON PLEAS<br>ALLEGHENY COUNTY,<br>PENNSYLVANIA<br><br>DOCKET NO:<br><br>CIVIL ACTION<br><br>MORTGAGE FORECLOSURE |

## VERIFICATION

*Kolette Modlin*, hereby states that he/she is employed as a *Authorized Signatory* of Caliber Home Loans, Inc., servicer for LSF8 Master Participation Trust, Plaintiff in this matter, and is authorized to make this Verification. The statements of fact contained in the foregoing Complaint are true and correct to the best of my information and belief.

I understand that this statement is made subject to the penalties of 18 Pa. C.S. Sec. 4904 relating to unsworn falsification to authorities.

Date: 9-28-2016

Name: *Kolette Modlin*

LSF8 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer

Title: *Authorized Signatory*

File No. CAL-1632F

7

CAL-1632F/Ramsey

## Exhibit "A"

ALL THAT CERTAIN PROPERTY SITUATED IN THE TOWNSHIP OF ELIZABETH IN THE COUNTY OF ALLEGHENY AND COMMONWEALTH OF PENNSYLVANIA, BEING MORE FULLY DESCRIBED IN A DEED DATED 12/17/1976 AND RECORDED 12/20/1976, AMONG THE LAND RECORDS OF THE COUNTY AND STATE SET FORTH ABOVE, IN DEED VOLUME 5719 AND PAGE 175. TAX MAP OR PARCEL ID NO.: 653-6-91
6001 ROSLYN ST, BOSTON PA 15135

**PROPERTY BEING KNOWN AS: 6001 Roslyn Street, Boston, PA 15135**

8

CAL-1632F/Ramsey

# Sheriff Return

| | |
|---|---|
| Case No: | MG-16-001302 |
| Casie Description: | LSF8 Master Participation Trust vs Ramsey etal |
| Defendant: | James H. Ramsey Jr. |
| Service Address: | 6001 Roslyn Street Boston, PA 15135 Allegheny |
| Writ Description: | Complaint |
| Issue Date: | 09/30/2016 03:40 PM |
| Service Status: | Served - Defendant(s) Personally Served |
| Served Upon: | James H. Ramsey Jr. |
| Served By: | Christopher Itle |
| Served On: | 10/13/2016 02:46 PM |
| Service Method: | Personal |

LSF8 Master Participation Trust vs Ramsey etal



Case 16-23742-TPA    Doc 119    Filed 10/22/18    Entered 10/22/18 18:26:41    Desc Main
Document    Page 11 of 13

# Sheriff Return

**Case No:** MG-16-001302
**Casie Description:** LSF8 Master Participation Trust vs Ramsey etal
**Defendant:** Sandra L. Ramsey
**Service Address:** 6001 Roslyn Street Boston, PA 15135 Allegheny
**Writ Description:** Complaint
**Issue Date:** 09/30/2016 03:40 PM
**Service Status:** Served - Defendant(s) Personally Served
**Served Upon:** Sandra L. Ramsey
**Served By:** Christopher Itle
**Served On:** 10/13/2016 02:46 PM
**Service Method:** Personal

LSF8 Master Participation Trust vs Ramsey etal

