**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRCT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | ) | **Case No. 16-23742 TPA** |
| | ) | |
| **James H. Ramsey, Jr. &** | ) | **Chapter 13** |
| **Sandra L. Ramsey,** | ) | |
| | ) | |
|    Debtors | ) | |
| | ) | |
| **James H. Ramsey, Jr. &** | ) | |
| **Sandra L. Ramsey,** | ) | |
| | ) | |
|    Movants, | ) | |
| | ) | |
|    v. | ) | |
| | ) | |
| **BSI Financial Services &** | ) | |
| **Ronda J. Winnecour, Trustee,** | ) | |
| | ) | |
|    Respondents. | ) | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2018, and upon consideration of the foregoing Motion to Approve Loan Modification, it is hereby:

ORDERED, that the Loan Modification is approved upon the following terms:

a. The pre-petition arrears of $16,246.73 shall be added on to the end of the loan balance.

b. The new principal amount of the loan will be $62,244.32, from the previous amount of $55,878.06.

c. The origination date of the loan shall change from April 24, 2008 to September 10, 2018.

d. The maturity date shall change to September 1, 2048.

e. The interest rate shall change from 5.625% to 6%.

_____
United States Bankruptcy Judge