FILED
10/31/18 12:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    James H. Ramsey, Jr.<br>    Sandra L. Ramsey<br>        Debtors | Chapter 13<br><br>Case No. 16-23742-TPA |
| Ronda J. Winnecour, Chapter 13 Trustee<br>        Movant<br><br>vs.<br><br>U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust<br><br>        Respondent | Related to Document No. 119 and 124<br><br>Hearing Date and Time: November 14, 2018 at 11:00 a.m.<br><br>Response due: October 22, 2018 |

### ORDER GRANTING RESPONDENT'S MOTION TO WITHDRAW DOCKET ENTRY 119 ENTITLED "EXHIBITS"

AND NOW, this __31st__ day of _____October_____, 20 18, upon consideration of the Respondent's Motion to Withdraw Docket Entry 119 entitled "Exhibits," and any responses thereto, it is hereby **ORDERED** that said Motion is **GRANTED** and that Docket Entry No. 119, entitled "Exhibits," is hereby **WITHDRAWN**.

BY THE COURT:

_____
HONORABLE THOMAS P. AGRESTI
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 16-23742-TPA
James H. Ramsey, Jr.                                            Chapter 13
Sandra L. Ramsey
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: dkam              Page 1 of 1            Date Rcvd: Oct 31, 2018
                               Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2018.
db/jdb         James H. Ramsey, Jr.,   Sandra L. Ramsey,   6001 Roslyn Street,   McKeesport, PA 15135-1128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2018 at the address(es) listed below:
              Christopher M. McMonagle    on behalf of Creditor    U.S. Bank Trust National Association, as
               Trustee of the SCIG Series III Trust cmcmonagle@sterneisenberg.com,   bkecf@sterneisenberg.com
              Dennis J. Spyra    on behalf of Joint Debtor Sandra L. Ramsey attorneyspyra@dennisspyra.com,
               deborah@dennisspyra.com;missdebrastone@msn.com
              Dennis J. Spyra    on behalf of Debtor James H. Ramsey, Jr. attorneyspyra@dennisspyra.com,
               deborah@dennisspyra.com;missdebrastone@msn.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Ronda J. Winnecour    on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Steven P Kelly    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of the
               SCIG Series III Trust skelly@sterneisenberg.com
                                                                                                 TOTAL: 9