FILED
11/8/18 2:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                     :        Case No.:   16-23742-TPA
                                           :
James H. Ramsey, Jr.                       :        Chapter:    13
Sandra L. Ramsey                           :
                *Debtor(s).*               :
                                           :        Date:       11/8/2018
                                           :        Time:       10:00

### PROCEEDING MEMO

**MATTER:**           #121 Order to Show Cause for failure to comply with directives /
                      Order of this Court and Local Rules
                              (Dennis Spyra, Esq. and Debtors to personally
                      appear)

**APPEARANCES:**
                      Debtor:         Dennis J. Spyra

**NOTES:**

Spyra:                Did not refile motion, refiled the proposed order.

Court:                Refile motion for loan modification before the end of the day or the
                      case will be dismissed.

**OUTCOME:**          OTSC VACATED. TO to be entered.

ljm