FILED
11/8/18 3:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| JAMES H. RAMSEY, JR. | : Case No. 16-34742TPA |
| SANDRA L. RAMSEY | : |
| *Debtor* | : |
| | : Rel to Doc No. 129 |
| JAMES H. RAMSEY, JR. | : |
| SANDRA L. RAMSEY | : |
| *Movants* | : |
| | : Hearing: November 14, 2018 at 11:00 a.m. |
| v. | : |
| | : |
| BSI FINANCIAL SERVICES & | : |
| RONDA J. WINNECOUR, | : |
| TRUSTEE | : |
| *Respondent* | : |

## ORDER

*AND NOW*, this **8th** day of ***November, 2018,*** it is hereby **ORDERED, ADJUDGED and DECREED** that the ***Motion to Authorize Loan Modification*** filed by the Debtors at Document No. 129 previously scheduled for December 12, 2018 at 9:30 A.M. in Courtroom C, 54th Fl. U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA has been **RESCHEDULED** to ***November 14, 2018 at 11:00 A.M*** . Movant shall upload a copy of this order to the Portal.

It is **FURTHER ORDERED** that any responses to the Motion shall be filed and served on or before ***November 13, 2018 by noon.***

_____
Thomas P. Agresti, Judge    ljm
United States Bankruptcy Court

Case Administrator to serve:
    Debtor
    Debtors' Counsel
    Stern & Eisenberg, Esq.

BSI Financial Services
314 S. Franklin Street, 2nd Fl.
Titusville, PA 16354

BSI Financial Services
Attn:   Gagan Sharma, President & CEO
1425 Greenway Drive, Suite 400
Irving, TX 75038

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-23742-TPA
James H. Ramsey, Jr.                                                    Chapter 13
Sandra L. Ramsey
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 1              Date Rcvd: Nov 08, 2018
                              Form ID: pdf900         Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2018.
db/jdb         James H. Ramsey, Jr.,   Sandra L. Ramsey,    6001 Roslyn Street,    McKeesport, PA 15135-1128
              +BSI Financial Services,    314 S. Franklin Street, 2nd Fl.,    Titusville, PA 16354-2168
              +BSI Financial Services,    Attn: Gagan Sharma, President & CEO,    1425 Greenway Drive, Suite 400,
                Irving, TX 75038-2480
              +Stern & Eisenberg, Esq.,    1581 Main Street,   Suite 200,    Warrington, PA 18976-3400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2018 at the address(es) listed below:
              Christopher M. McMonagle    on behalf of Creditor   U.S. Bank Trust National Association, as
               Trustee of the SCIG Series III Trust cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              Dennis J. Spyra    on behalf of Debtor James H. Ramsey, Jr. attorneyspyra@dennisspyra.com,
               deborah@dennisspyra.com;missdebrastone@msn.com
              Dennis J. Spyra    on behalf of Joint Debtor Sandra L. Ramsey attorneyspyra@dennisspyra.com,
               deborah@dennisspyra.com;missdebrastone@msn.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Steven P Kelly    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of the
               SCIG Series III Trust skelly@sterneisenberg.com
                                                                                              TOTAL: 9