IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
11/16/18 12:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:  : Case No.: 16-23742-TPA

James H. Ramsey, Jr.
Sandra L. Ramsey  : Chapter: 13

*Debtor(s).*

Date: 11/14/2018
Time: 11:00

## PROCEEDING MEMO

**MATTER:**  #107 Objection to the Notice of Post-Petition Fees, Expenses and Charges

**APPEARANCES:**
Debtor: Dennis J. Spyra
Trustee: Jana Pail
US Bank: Gary Darr

**NOTES:**

Court: Expressed its disappointment that Atty. Kelly did not appear and that the Motion to Withdraw was filed. Not going to allow these types of consents.

Winnecour: 

Agreed to the motion because of the language in Paragraph 5.

**OUTCOME:** Chambers to enter order scheduling further hearing.

ljm