FILED
11/20/18 9:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| JAMES H. RAMSEY, JR. and<br>SANDRA L. RAMSEY<br>*Debtors.* | :<br>:<br>: | Case No. 16-23742-TPA<br>Chapter 13 |
| RONDA J. WINNECOUR,<br>CHAPTER 13 TRUSTEE,<br>*Movant,*<br>v.<br>U.S. BANK NATIONAL<br>ASSOCIATION, NOT IN ITS<br>INDIVIDUAL CAPACITY BUT<br>SOLELY AS TRUSTEE FOR THE<br>RMAC TRUSTE SERIES 2016-<br>CTT,<br>*Respondent.* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Related to Doc. No. 107, 118, 137<br><br>Hearing: Dec. 12, 2018 at 12:30 P.M. |

## ORDER

On November 14, 2018 a hearing was held on the *Trustee's Motion to Preclude Postpetition Mortgage Fees, Expenses and Charges* (Doc. 39) ("Objection"), *Response of Quicken Loans, Inc. to Trustee's Objection to Notice of Post-Petition Mortgage Fees, Expenses, and Charges* (Doc. 118) ('Response"), and *Motion to Withdraw Notice of Post-Petition Mortgage Fees, Expenses, and Charges Dated September 19, 2017* (Doc. 137) ("Motion to Withdraw"). The Court is more than simply disappointed that Atty. Kelly filed the *Response* which attempts to relitigate issues already decided by this Court in Orders entered in the matters of *In re Dworek 16-10705-TPA, In re Jones 16-21890-TPA,* and *In re Hojdila 16-23542-TPA* – the Court is offended.

Atty. Kelly has previously been made aware of the Court's position on these issues, and its belief that the allegations asserted in his *Response* are inappropriate. At the time the Orders were entered in *Dworek, Jones,* and *Hojdila,* the Court noted that Atty. Kelly and his firm were

1

dangerously close to committing Rule 9011 sanctions. Atty. Kelly's attempt to withdraw his *Response* and then failure to personally appear at the November 14th hearing to argue the merits of the withdrawal in light of the previous allegations raised, is a further example of a course of his and his firm's indifference to the prior orders of this Court, which quite frankly, may have resulted in crossing the "Rule 9011 line." Therefore,

*AND NOW*, this **19th** day of ***November, 2018***, for the reasons stated at the hearing held on November 14, 2018 and above, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the hearing on the ***Trustee's Motion to Preclude Postpetition Mortgage Fees, Expenses and Charges*** (Doc. 107) ("Motion") is continued to ***December 12, 2018*** at ***12:30 P.M.*** in Courtroom "C," 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA. ***Atty. Steven Kelly*** shall ***personally appear.***

*[signature]*

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
    Debtor
    Steven Kelly Esq., Esq.
    Ronda Winnecour, Chapter 13 Trustee
    Dennis Spyra, Esq.
    U.S. Trustee
    *Gary Darr, Esq.*

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                       Case No. 16-23742-TPA
James H. Ramsey, Jr.                                                         Chapter 13
Sandra L. Ramsey
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: dkam                Page 1 of 1              Date Rcvd: Nov 20, 2018
                               Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2018.
db/jdb         James H. Ramsey, Jr.,    Sandra L. Ramsey,    6001 Roslyn Street,    McKeesport, PA   15135-1128
              +Gary Darr, Esq.,    McGrath McCall, P.C.,    Four Gateway Center, Suite 1040,
                444 Liberty Avenue,    Pittsburgh, PA 15222-1220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2018 at the address(es) listed below:
              Christopher M. McMonagle    on behalf of Creditor    U.S. Bank Trust National Association, as
               Trustee of the SCIG Series III Trust cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com
              Dennis J. Spyra    on behalf of Joint Debtor Sandra L. Ramsey attorneyspyra@dennisspyra.com,
               deborah@dennisspyra.com;missdebrastone@msn.com
              Dennis J. Spyra    on behalf of Debtor James H. Ramsey, Jr. attorneyspyra@dennisspyra.com,
               deborah@dennisspyra.com;missdebrastone@msn.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Ronda J. Winnecour    on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Steven P Kelly    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of the
               SCIG Series III Trust skelly@sterneisenberg.com
                                                                                              TOTAL: 9