IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
12/13/18 3:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 16-23742-TPA |
| James H. Ramsey, Jr. | : | Chapter: | 13 |
| Sandra L. Ramsey | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 12/12/2018 |
| | : | Time: | 12:30 |

## PROCEEDING MEMO

**MATTER:**   #107 Cont. Motion to Preclude PP Fees Exp & Charges
#137 Cont. Motion to Withdraw Document
(Steven Kelly, Esq shall personally appear)

**APPEARANCES:**

Debtor:     Dennis J. Spyra (no appearance)
Trustee:    Ronda Winnecour
US Bank:   Steven Kelly

**NOTES:**

Kelly:     I apologize, I made a mistake. All West. Dist. goes through me now.
I'm trying to wrap all of this up. Mr. Kelly gets right back to me.

Winnecour:

**OUTCOME:**   #107:  No further order needed.
#137:  GRANTED. Standard Order to be issued

ljm