STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
WARRINGTON, PENNSYLVANIA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR RESPONDENT)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    James L. Ramsey, Jr.<br>    Sandra L. Ramsey<br><br>            Debtor(s)<br>-------------------------------------------<br>Ronda J. Winnecour, Chapter 13 Trustee<br><br>            Movant<br><br>vs.<br><br>U.S. Bank Trust national Association, as Trustee of the SCIG Series II Trust<br><br>            Respondent | Chapter 13<br><br>Case No. 16-23742-TPA<br><br>Related to Document No. 153<br><br>Document No. 154<br><br>Hearing: February 27, 2019 at 11:30 a.m.. |

**CERTIFICATE OF SERVICE OF AFFIDAVIT OF COMPLIANCE WITH ORDER GRANTING RESPONDENT'S MOTION TO WITHDRAW NOTICE OF POST-PETITION MORTGAGE FEES, EXPENSES AND CHARGES DATED SEPTEMBER 19, 2017**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) **February 20, 2019**

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **NEF and/or First Class United States Mail**

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON 20th day of February, 2019

By:    **/s/ Steven P. Kelly**
       Steven P. Kelly, Esquire
       1581 Main Street, Suite 200
       Warrington, PA 18976
       215-572-8111 (Phone)
       skelly@sterneisenberg.com
       Attorney for Respondent

**PAWB Local Form 7 (07/13)**

**Service by NEF**

Ronda J. Winnecour, Esquire
Chapter 13 Standing Trustee
rwinnecour@chapter13trusteewdpa.com

Dennis J. Spyra, Esquire
119 First Avenue
Pittsburgh, PA 15222
attorneyspyra@dennisspyra.com

**Service by First Class US Mail**

James H. Ramsey, Jr.
6001 Roslyn Street
McKeesport, PA 15135

Sandra L. Ramsey
6001 Roslyn Street
McKeesport, PA 15135

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222