FILED
2/28/19 4:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 16-23742-TPA |
| | : | | |
| James H. Ramsey, Jr. | : | Chapter: | 13 |
| Sandra L. Ramsey | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 2/27/2019 |
| | : | Time: | 11:30 |

# PROCEEDING MEMO

**MATTER:** #151 OTSC why Court should not impose sanctions for violation of December 14, 2018 Order
(Steven P. Kelly, Esq. and agent or employee of Respondent to personally appear)

**APPEARANCES:**
Debtor: Dennis J. Spyra (no appearance)
Trustee: Ronda Winnecour (video)
US Bank: Steven Kelly

**NOTES:**

Kelly: With me today is Christopher Carman who is in compliance with BSI Financial in Dallas, Texas. We asked to extend after the deadline had run.

Carman: We attempted to obtain the payment histories from all of the prior servicers.

Trustee: I do not believe I have what I need or what you ordered. I did not receive anything until the 20th. I do not see a payoff statement. Also, the affidavit is correct, but we do not see the removal of $900 on the loan history. I would like to know how we board the loan without the prior loan history. I would be happy to do a conference call.

**OUTCOME:** OTSC VACATED, The Parties are to work together to get this resolved and file a Report on or before March 13, 2019. Chambers to enter order.

ljm