FILED
2/28/19 4:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| JAMES H. RAMSEY, JR. and | : | Case No. 16-23742-TPA |
| SANDRA L. RAMSEY | : | Chapter 13 |
| *Debtors.* | : | |
| RONDA J. WINNECOUR, | : | Related to Doc. No. 151 |
| CHAPTER 13 TRUSTEE, | : | |
| *Movant,* | : | |
| v. | : | |
| U.S. BANK TRUST NATIONAL | : | |
| ASSOCIATION, AS TRUSTEE OF | : | |
| THE SCIG SERIES III TRUST, | : | |
| *Respondent.* | : | |

## ORDER

On February 27, 2019 a hearing was held on the ***Order to Show Cause*** (Doc. 151) issued by the Court as a result of the Respondent's failure to timely comply with the Court's December 14, 2018 *Order* (Doc. 114) requiring complete loan histories and affidavits.  Counsel for the Respondent personally appeared at the February 27th hearing as well as a representative from BSI Financial.  The Representative from BSI Financial informed the Court of the efforts undertaken to obtain the complete loan histories, which included attempts at procurement of histories from prior servicers.  While the Court is disappointed that the efforts in this case have not resolved all outstanding issues, it is willing to extend a final opportunity for compliance. Therefore,

***AND NOW***, this ***28th*** day of ***February, 2019***, for the reasons stated at the hearing held on February 27, 2019 and above, it is hereby ***ORDERED***, ***ADJUDGED*** and ***DECREED*** that:

(1)    The *Order to Show Cause* (Doc. 151) is ***VACATED.***

1

(2)    *On or before March 13, 2019* the Court assumes this matter will be concluded and directs the Respondent to file a **Report** on or before that date indicating the status of the resolution of this matter.  Upon receipt of the *Report,* the Court will determine the next step to be taken.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
    Debtors
    Steven Kelly Esq.,
    Ronda Winnecour, Chapter 13 Trustee
    Dennis Spyra, Esq.
    U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:
James H. Ramsey, Jr.
Sandra L. Ramsey
        Debtors

Case No. 16-23742-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam          Page 1 of 1          Date Rcvd: Feb 28, 2019
                             Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2019.
db/jdb          James H. Ramsey, Jr.,   Sandra L. Ramsey,   6001 Roslyn Street,   McKeesport, PA  15135-1128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2019 at the address(es) listed below:
          Christopher M. McMonagle   on behalf of Creditor   U.S. Bank Trust National Association, as
           Trustee of the SCIG Series III Trust cmcmonagle@sterneisenberg.com,  bkecf@sterneisenberg.com
          Dennis J. Spyra   on behalf of Joint Debtor Sandra L. Ramsey attorneyspyra@dennisspyra.com,
           deborah@dennisspyra.com;missdebrastone@msn.com
          Dennis J. Spyra   on behalf of Debtor James H. Ramsey, Jr. attorneyspyra@dennisspyra.com,
           deborah@dennisspyra.com;missdebrastone@msn.com
          James Warmbrodt   on behalf of Creditor   U.S. Bank National Association, not in its individual
           capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          Ronda J. Winnecour   on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          Steven P Kelly   on behalf of Creditor   U.S. Bank Trust National Association, as Trustee of the
           SCIG Series III Trust skelly@sterneisenberg.com
                                                                             TOTAL: 9