**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/10/2021

IN RE:

JAMES H. RAMSEY, JR.
SANDRA L. RAMSEY
6001 ROSLYN STREET
MCKEESPORT, PA 15135-1128
XXX-XX-0946          Debtor(s)

XXX-XX-9541

Case No.16-23742 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/10/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account / Int % |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: RITZ CAMERA/PRAE | INT %: 0.00%<br>CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 8173/PRAE |
| **US BANK TRUST NA - TRUSTEE SCIG SERIES III**<br>C/O BSI FINANCIAL SERVICES<br>PO BOX 679002<br>DALLAS, TX  75267-9002 | Trustee Claim Number: 2<br>Court Claim Number: 5<br>CLAIM: 11,063.69<br>COMMENT: 560/PL*DK4PMT-LMT*BGN 10/16*FR US BNK/RUSHMORE-D93*LOAN MOD@28*CL=( | INT %: 0.00%<br>CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 5638 |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br>HARRISBURG, PA  17106-7013 | Trustee Claim Number: 3<br>Court Claim Number: 1<br>CLAIM: 20,740.84<br>COMMENT: 21700PL@4%MDF*DFCTV CL*DK | INT %: 4.00%<br>CRED DESC: VEHICLE<br>ACCOUNT NO.: 0946 |
| **RICHARD M SQUIRE & ASSOCIATES**<br>115 WEST AVENUE STE 104<br>JENKINTOWN, PA  19046 | Trustee Claim Number: 4<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | INT %: 0.00%<br>CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number: 5<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO YRS/SCH* NT PROV/PL | INT %: 0.00%<br>CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 0946 |
| **AT & T**<br>208 S AKARD ST FL 10<br>DALLAS, TX  75202-4295 | Trustee Claim Number: 6<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | INT %: 0.00%<br>CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2393 |
| **ALLY FINANCIAL(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ  85062-8367 | Trustee Claim Number: 7<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: REPO~NT ADR/SCH | INT %: 0.00%<br>CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0355 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGEI<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number: 8<br>Court Claim Number: 2<br>CLAIM: 1,063.73<br>COMMENT: X3097/SCH*CREDIT ONE*SHERMAN ORIG | INT %: 0.00%<br>CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5071 |
| **DOMINION ENERGY SOLUTIONS**<br>PO BOX 298<br>PITTSBURGH, PA  15230 | Trustee Claim Number: 9<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DOMINION ENERGY RESOURCES | INT %: 0.00%<br>CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5257 |
| **CACH LLC**<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 10<br>Court Claim Number: 3<br>CLAIM: 4,075.37<br>COMMENT: SPRINGCASTLE AMERICA | INT %: 0.00%<br>CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2733 |

| Creditor | Trustee Claim Info | Cred Desc / Account |
|---|---|---|
| **VERIZON++**<br>500 TECHNOLOGY DR STE 30<br><br>WELDON SPRING, MO  63304 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5966 |
| **VERIZON++**<br>500 TECHNOLOGY DR STE 30<br><br>WELDON SPRING, MO  63304 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5222 |
| **VERIZON WIRELESS**<br>500 TECHNOLOGY DR STE 550<br>ATTN ADMINISTRATION<br>WELDON SPRING, MO  63304 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **AFNI**<br>P.O. BOX 3097<br><br>BLOOMINGTON, IL  61702 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: AT&T | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 3401 |
| **CBCS**<br>PO BOX 2724<br><br>COLUMBUS, OH  43216-2724 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DOMINION | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CONVERGENT OUTSOURCING**<br>POB 9004<br><br>RENTON, WA  98057 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: VERIZON | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 2384 |
| **DIVERSIFIED CONSULTANTS++**<br>POB 551268<br><br>JACKSONVILLE, FL  32255 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: VERIZON~WIRELESS | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **SOUTHWEST CREDIT SYSTEMS***<br>4120 INTERNATIONAL PARKWAY<br>STE 1100<br>CARROLLTON, TX  75007 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: VERIZON WIRELESS | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 3651 |
| **TATE & KIRLIN ASSOC++**<br>2810 SOUTHAMPTON RD<br><br>PHILADELPHIA, PA  19154 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ALLY | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 0943 |
| **US BANK TRUST NA - TRUSTEE SCIG SERIES III**<br>C/O BSI FINANCIAL SERVICES<br>PO BOX 679002<br>DALLAS, TX  75267-9002 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 0.00<br>COMMENT: 5K/PL@CALIBER*THRU 9/16*FR US BNK/RUSHMORE-D93*CL=162346.73*LOAN MO | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 5638 |

| Creditor | Trustee Claim Info | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 21  INT %: 3.00%<br>Court Claim Number: | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0946 | CLAIM: 811.00<br>COMMENT: $PL@9%*2012/PL* NT/SCH*STAT ISSUE~% |
| **US BANK TRUST NA - TRUSTEE SCIG SERIES III**<br>C/O BSI FINANCIAL SERVICES<br>PO BOX 679002<br>DALLAS, TX 75267-9002 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 5 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5638 | CLAIM: 0.00<br>COMMENT: LOSS MT PMT/OE*DENIED*W/2*DKT*FR US BNK/RUSHMORE-D93 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: /PRAE |
| **DIRECTV LLC BY AMERICAN INFOSOURCE LP -**<br>PO BOX 5008<br>CAROL STREAM, IL 60197-5008 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 4 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0172 | CLAIM: 370.70<br>COMMENT: NT/SCH |
| **US BANK TRUST NA - TRUSTEE SCIG SERIES III**<br>C/O BSI FINANCIAL SERVICES<br>PO BOX 679002<br>DALLAS, TX 75267-9002 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 5 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 5638 | CLAIM: 0.00<br>COMMENT: DISMISSED/OE ~ $900 NTC PP FEE/EXP*REF CL*W/20*FR US BNK/RUSHMORE-D93 |
| **US BANK TRUST NA - TRUSTEE SCIG SERIES III**<br>C/O BSI FINANCIAL SERVICES<br>PO BOX 679002<br>DALLAS, TX 75267-9002 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 5 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5638 | CLAIM: 852.17<br>COMMENT: PMT/LMP OE @ BSI*BGN 4/18*FR US BNK/RUSHMORE-D93*LOAN MOD@28*DKT |
| **CHRISTOPHER M MCMONAGLE ESQ**<br>STERN & EISENBERG PC<br>1581 MAIN ST STE 200<br>THE SHOPS AT VALLEY SQUARE<br>WARRINGTON, PA 18976 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: US BANK NATL/PRAE |
| **US BANK TRUST NA - TRUSTEE SCIG SERIES III**<br>C/O BSI FINANCIAL SERVICES<br>PO BOX 679002<br>DALLAS, TX 75267-9002 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 05 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5638 | CLAIM: 0.00<br>COMMENT: PMT/LOAN MOD OE~$552.11 BGN 10/18*552.11 X (36 MOS REM+2)=LMT*W/2*DKT |
| **PARKER MCCAY PA**<br>9000 MIDLANTIC DRIVE STE 300<br>PO BOX 5054<br>MT LAUREL, NJ 08054-1539 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: US BANK/PRAE |