## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| _____ : | |
| **James H. Ramsey, Jr.** : | **CHAPTER 13** |
| **Sandra L. Ramsey** : | |
| **Debtors** : | **CASE NO: 16-23742-TPA** |
| ------------------------------------------------ : | |
| : | 11 *U.S.C.* § 362(d) |
| : | |
| U.S. Bank Trust National Association : | |
| as Trustee of the SCIG Series III Trust : | |
| : | Hearing Date: October 13, 2021 |
| : | Hearing Time: 10:00 a.m. |
| Movant : | |
| v. : | |
| : | |
| James H. Ramsey, Jr. : | |
| Sandra L. Ramsey : | Response Due: September 12, 2021 |
| : | |
| and : | |
| : | |
| Ronda J. Winnecour, Esq. (Trustee) : | |
| : | |
| Respondents : | |
| ------------------------------------------------- | |

### CERTIFICATE OF SERVICE OF MOTION OF U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE SCIG SERIES III TRUST FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 OR IN THE ALTERNATIVE FOR ADEQUATE PROTECTION AND NOTICE OF HEARING WITH RESPONSE DEADLINE

I, Brian E. Caine, Esq. certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below on August 26, 2021

**SERVICE BY Notice of Electronic Filing:**

Dennis J. Spyra
119 First Ave
Pittsburgh, PA 15222
(attorneyspyra@dennisspyra.com)

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
(CMECF@Chapter13TrusteeWDPA.com)

*U.S. Trustee*
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
*(*USTP.Region03@USDOJ.gov*)*

**SERVICE BY First-Class Mail:**

Dennis J. Spyra
119 First Ave
Pittsburgh, PA 15222
**DEBTORS' ATTORNEY**

James H. Ramsey, Jr.
6001 Roslyn Street
McKeesport, PA 15135-1128
**DEBTOR**

Sandra L. Ramsey
6001 Roslyn Street
McKeesport, PA 15135-1128
**DEBTOR**


EXECUTED ON:   August 26, 2021

By:     /s/Brian E. Caine
        BRIAN E. CAINE, ESQ.
        PA Attorney ID 86057
        PARKER McCAY P.A.
        9000 Midlantic Drive, Suite 300
        Mount Laurel, New Jersey  08054
        (p) 856-985-4059
        (fax) 856-596-3427
        bcaine@parkermccay.com
        *Attorney for Movant*