UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **James H. Ramsey, Jr.**<br>**Sandra L. Ramsey**<br>     **Debtors**<br>------------------------------------------------ | : CASE NO: 16-23742-TPA<br>: Chapter 13<br>:<br>: |
| | : 11 *U.S.C.* § 362(d)<br>: |
| U.S. Bank Trust National Association<br>as Trustee of the SCIG Series III Trust | :<br>:<br>: |
| | : Hearing Date: October 13, 2021<br>: Hearing Time: 10:00 a.m. |
|      Movant<br> v. | :<br>: |
| James H. Ramsey, Jr.<br>Sandra L. Ramsey | :<br>: Response Due: September 12, 2021 |
|      and | : |
| Ronda J. Winnecour, Esq. (Trustee) | : |
|      Respondents<br>-------------------------------------------------------- | : |

**NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE REGARDING MOTION OF U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE SCIG SERIES III TRUST FOR RELIEF FROM THE AUTOMATIC STAY UNDER §362 PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001**

TO THE RESPONDENT(S):

 *You are hereby notified that the Movant seeks an order affecting your rights or property.*

 You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **September 12, 2021** [*seventeen (17) days after the date of service below*], in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Agresti as found on his Procedures webpage at http://www.pawb.uscourts.gov/procedures.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

      *You should take this Notice and the Motion to a lawyer at once.*

*A Zoom Video Conference Hearing* will be held on October 13, 2021, at 10:00 a.m. before Judge Thomas P. Agresti via the *Zoom Video Conference Application* ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: **Meeting ID: 160 2130 3488.** For questions regarding the connection, contact Judge Agresti's Staff Lawyer or Deputy-in-Charge, at 814-464-9760. *All attorneys and Parties may only appear by Zoom* and must comply with Judge Agresti's *Updated Notice of Temporary Modification of Appearance Procedures,* dated and effective August 13, 2021, which can be found on the Court's website at https://www.pawb.uscourts.gov/content/judge-thomas-p-agresti. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Chambers to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date of Service:  August 30, 2021

                                        Brian E. Caine, Esq.
                                        Attorney for Movant/Applicant

                                        /s/Brian E. Caine, Esq.
                                        Signature

                                        PARKER McCAY P.A.
                                        9000 Midlantic Drive, Suite 300
                                        Mount Laurel, New Jersey  08054
                                        Address

                                        (856) 985-4059
                                        Telephone Number

                                        86057
                                        Attorney I.D. No.