**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **James H. Ramsey, Jr.** <br> **Sandra L. Ramsey** <br> Debtors <br> ------------------------------------------------ <br><br> U.S. Bank Trust National Association <br> as Trustee of the SCIG Series III Trust <br><br><br> Movant <br> v. <br><br> James H. Ramsey, Jr. <br> Sandra L. Ramsey <br><br> and <br><br> Ronda J. Winnecour, Esq. (Trustee) <br><br> Respondents <br> -------------------------------------------------------- | : CHAPTER 13 <br> : <br> : CASE NO: 16-23742-TPA <br> : <br> : 11 *U.S.C.* § 362(d) <br> : <br> : <br> : <br> : Hearing Date: October 13, 2021 <br> : Hearing Time: 10:00 a.m. <br> : <br> : <br> : <br> : <br> : <br> : Response Due: September 12, 2021 <br> : <br> : <br> : <br> : |

**CERTIFICATE OF SERVICE OF NOTICE OF HEARING
WITH RESPONSE DEADLINE**

I, Brian E. Caine, Esq. certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below on August 30, 2021

**<u>SERVICE BY Notice of Electronic Filing:</u>**

Dennis J. Spyra
119 First Ave
Pittsburgh, PA 15222
(attorneyspyra@dennisspyra.com)

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
(CMECF@Chapter13TrusteeWDPA.com)

*U.S. Trustee*
Office of the United States Trustee
Liberty Center.

1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
*(*USTP.Region03@USDOJ.gov*)*

**SERVICE BY First-Class Mail:**

Dennis J. Spyra
119 First Ave
Pittsburgh, PA 15222
**DEBTORS' ATTORNEY**

James H. Ramsey, Jr.
6001 Roslyn Street
McKeesport, PA 15135-1128
**DEBTOR**

Sandra L. Ramsey
6001 Roslyn Street
McKeesport, PA 15135-1128
**DEBTOR**

EXECUTED ON:   August 30, 2021

                                       By:    /s/Brian E. Caine
                                               BRIAN E. CAINE, ESQ.
                                               PA Attorney ID 86057
                                               PARKER McCAY P.A.
                                               9000 Midlantic Drive, Suite 300
                                               Mount Laurel, New Jersey  08054
                                               (p) 856-985-4059
                                               (fax) 856-596-3427
                                               bcaine@parkermccay.com
                                               *Attorney for Movant*