UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| **James H. Ramsey, Jr.**<br>**Sandra L. Ramsey**<br>　　　　　　**Debtors**<br>------------------------------------------------<br><br>U.S. Bank Trust National Association<br>as Trustee of the SCIG Series III Trust<br><br><br>　　　　　　　Movant<br>　v.<br><br>James H. Ramsey, Jr.<br>Sandra L. Ramsey<br><br>　　　and<br><br>Rosemary C. Crawford (Trustee)<br><br>　　　　　　Respondents<br>------------------------------------------------ | : CHAPTER 7<br>:<br>:<br>: CASE NO: 16-23742-TPA<br>:<br>: 11 *U.S.C.* § 362(d)<br>:<br>:<br>:<br>:<br>: Hearing Date: October 13, 2021<br>: Hearing Time: 10:00 a.m.<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**CERTIFICATE OF SERVICE
OF MOTION TO WITHDRAW MOTION OF U.S. BANK TRUST NATIONAL
ASSOCIATION AS TRUSTEE OF THE SCIG SERIES III TRUST FOR RELIEF FROM
THE AUTOMATIC STAY UNDER §362 PURSUANT TO BANKRUPTCY
PROCEDURE RULE 4001**

　　I, Brian E. Caine, Esq. certify under penalty of perjury that I served the above captioned pleading and proposed order on the parties at the addresses specified below on: September 23, 2021

**SERVICE BY Notice of Electronic Filing:**

Dennis J. Spyra
119 First Ave
Pittsburgh, PA 15222
(attorneyspyra@dennisspyra.com)

U.S. Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
(USTP.Region03@USDOJ.gov)

**SERVICE BY First-Class Mail:**

James H. Ramsey, Jr.
6001 Roslyn Street
McKeesport, PA 15135-1128

Sandra L. Ramsey
6001 Roslyn Street
McKeesport, PA 15135-1128

Rosemary C. Crawford
Crawford McDonald, LLC.
P.O. Box 355
Allison Park, PA 15101

EXECUTED ON:  September 23, 2021

By:/s/  Brian E. Caine
Brian E. Caine, Esq.
bcaine@parkermccay.com
PA Attorney ID 86057
PARKER McCAY P.A.
9000 Midlantic Drive, Suite 300
Mount Laurel, New Jersey  08054
(p) 856-985-4059
(fax) 856-596-3427
*Attorney for Movant, U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust*