FILED
9/24/21 2:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)**

| | |
|---|---|
| **James H. Ramsey, Jr.** <br> **Sandra L. Ramsey** <br>                     **Debtors** | CHAPTER 7 <br><br> CASE NO: 16-23742-TPA <br><br> 11 *U.S.C.* § 362(d) |
| U.S. Bank Trust National Association <br> as Trustee of the SCIG Series III Trust <br><br>                     Movant <br> v. <br><br> James H. Ramsey, Jr. <br> Sandra L. Ramsey <br><br>                   and <br><br> Rosemary C. Crawford (Trustee) <br><br>                   Respondents | Hearing Date: October 13, 2021 <br> Hearing Time: 10:00 a.m. |

**ORDER GRANTING**
**MOTION TO WITHDRAW**
**MOTION OF U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE**
**OF THE SCIG SERIES III TRUST FOR RELIEF FROM THE AUTOMATIC STAY**
**UNDER §362 PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001**

    **AND NOW**, this ___24th___ day of ___September___, 2021, it is hereby **ORDERED**,

**ADJUDGED and DECREED**, as follows:

1) The Motion of U.S. Bank Trust National Association as Trustee of the SCIG Series III Trust for Relief from the Automatic Stay under §362 Pursuant to Bankruptcy Procedure Rule 4001 filed at Docket No. 175 is withdrawn.

2) The hearing scheduled for October 13, 2021 at 10:00 AM is cancelled.

                                    _____
                                    Thomas P. Agresti, Judge   nms
                                    United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23742-TPA |
| James H. Ramsey, Jr. | Chapter 7 |
| Sandra L. Ramsey | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 1 of 2 |
| Date Rcvd: Sep 24, 2021 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | James H. Ramsey, Jr., Sandra L. Ramsey, 6001 Roslyn Street, McKeesport, PA 15135-1128 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 26, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bnicholas@kmllawgroup.com |
| Brian E. Caine | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the SCIG Series III Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Christopher M. McMonagle | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the SCIG Series III Trust cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com |
| Dennis J. Spyra | on behalf of Debtor James H. Ramsey Jr. attorneyspyra@dennisspyra.com, deborah@dennisspyra.com;missdebrastone@msn.com |
| Dennis J. Spyra | on behalf of Joint Debtor Sandra L. Ramsey attorneyspyra@dennisspyra.com deborah@dennisspyra.com;missdebrastone@msn.com |
| Office of the United States Trustee | |

District/off: 0315-2 | User: dkam | Page 2 of 2
Date Rcvd: Sep 24, 2021 | Form ID: pdf900 | Total Noticed: 1

    ustpregion03.pi.ecf@usdoj.gov

Rosemary C. Crawford
    crawfordmcdonald@aol.com  PA68@ecfcbis.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Steven P Kelly
    on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the SCIG Series III Trust skelly@sterneisenberg.com, bkecf@sterneisenberg.com

TOTAL: 9