**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    JAMES H. RAMSEY, JR.
    SANDRA L. RAMSEY
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Respondents.

Case No.:16-23742 TPA

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 10/05/2016  and confirmed on 02/09/2017 .  The case was subsequently     (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

    2.  The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 59,875.00 |
| Less Refunds to Debtor | 2,145.20 | |
| TOTAL AMOUNT OF PLAN FUND | | 57,729.80 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,253.18 | |
|   Trustee Fee | 2,886.35 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,139.53 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK TRUST NA - TRUSTEE SCIG SER<br>Acct: 5638 | 11,063.69 | 11,063.69 | 0.00 | 11,063.69 |
| US BANK TRUST NA - TRUSTEE SCIG SER<br>Acct: 5638 | 0.00 | 0.00 | 0.00 | 0.00 |
| US BANK TRUST NA - TRUSTEE SCIG SER<br>Acct: 5638 | 852.17 | 852.17 | 0.00 | 852.17 |
| US BANK TRUST NA - TRUSTEE SCIG SER<br>Acct: 5638 | 0.00 | 16,582.95 | 0.00 | 16,582.95 |
| US BANK TRUST NA - TRUSTEE SCIG SER<br>Acct: 5638 | 0.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 0946 | 811.00 | 0.00 | 0.00 | 0.00 |
| PA STATE EMPLOYEES CU/PSECU<br>Acct: 0946 | 20,740.84 | 19,609.11 | 2,482.35 | 22,091.46 |
| | | | | 50,590.27 |
| **Priority** | | | | |
| DENNIS J SPYRA ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| JAMES H. RAMSEY, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES H. RAMSEY, JR. | 2,145.20 | 2,145.20 | 0.00 | 0.00 |
| Acct: | | | | |
| DENNIS J SPYRA & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DENNIS J SPYRA & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DENNIS J SPYRA ESQ | 3,310.00 | 3,253.18 | 0.00 | 0.00 |
| Acct: | | | | |
| DENNIS J SPYRA ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0946 | | | | |
| US BANK TRUST NA - TRUSTEE SCIG SER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5638 | | | | |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
| AT & T | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2393 | | | | |
| ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0355 | | | | |
| MIDLAND FUNDING LLC | 1,063.73 | 0.00 | 0.00 | 0.00 |
| Acct: 5071 | | | | |
| DOMINION ENERGY SOLUTIONS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5257 | | | | |
| CACH LLC | 4,075.37 | 0.00 | 0.00 | 0.00 |
| Acct: 2733 | | | | |
| VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5966 | | | | |
| VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5222 | | | | |
| VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| DIRECTV LLC BY AMERICAN INFOSOURCE | 370.70 | 0.00 | 0.00 | 0.00 |
| Acct: 0172 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXPRAE | | | | |
| RICHARD M SQUIRE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHRISTOPHER M MCMONAGLE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PARKER MCCAY PA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3401 | | | | |
| CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CONVERGENT OUTSOURCING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2384 | | | | |
| DIVERSIFIED CONSULTANTS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3651 | | | | |
| TATE & KIRLIN ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0943 | | | | |

| 16-23742 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

\* \* \* N O N E \* \* \*

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 50,590.27 |
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 33,467.70 | |
| UNSECURED | 5.509.80 | |

Date: 09/27/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com