IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-23742 TPA |
| | : | |
| James H. Ramsey, Jr. & | : | Chapter 13 |
| Sandra L. Ramsey, | : | |
|       Debtors | : | |
| | : | |
| | : | |
| James H. Ramsey, Jr. & | : | |
| Sandra L. Ramsey, | : | |
|       Movants | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent. | : | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, Dennis J. Spyra, Esquire, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

NAME

Peoples
P.O. Box 644760
Pittsburgh, PA 15264-4760

Executed on: September 29, 2021

/s/ Dennis J. Spyra, Esquire
Dennis J. Spyra, Esq.
PA I.D. 46188
1711 Lincoln Way
White Oak, PA 15131
(412) 673-5228
attorneyspyra@dennisspyra.com

**PAWB Local Form 30 (07/13)**