Case 16-23742-TPA    Doc 222    Filed 01/27/22    Entered 01/28/22 00:28:12    Desc
Imaged Certificate of Notice    Page 1 of 4

FILED
1/25/22 4:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No.   16-23742-TPA |
| JAMES H. RAMSEY, JR. and | : | Chapter 7 |
| SANDRA L. RAMSEY, | : | |
|     *Debtor* | : | |
| | : | |
| JAMES H. RAMSEY, JR. and | : | |
| SANDRA L. RAMSEY, | : | |
|     *Movant,* | : | Related to Doc. Nos. 217, 219 |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT | : | Hearing: February 17, 2022 at 11:00 A.M. |

**ORDER TO SHOW CAUSE**

On January 3, 2022, Debtors' Counsel filed a "Motion for Waiver of Credit Counseling" at Doc. No. 217 ("Motion").  The Court issued a Text Order at Doc. No. 219 requiring Debtor's Counsel to:  *1) refile the motion ensuring that the case number on the pdf and the case number on the docket match. 2) when refiling please use the docket event found under bankruptcy/motions/applications/exemption from financial management course; and, 3) refile the notice of hearing and relate it back to the motion.*  Debtors' Counsel failed to timely comply with the January 11, 2022 deadline in the Text Order and the Motion was thereafter denied.

*AND NOW*, this *25th* day of *January, 2022*, it is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)    An ***Order to Show Cause*** is issued against ***Dennis Spyra, Esq.,*** Counsel for the Debtors to ***personally*** appear at a hearing scheduled on ***February 17, 2022 at 11:00 A.M.*** to

show cause why the case should not be closed without a discharge and/or sanctions should not be imposed for Counsels' failure to timely comply with the Court's Text Order at Doc. No. 219.

(2) The hearing will be held by the ***Zoom Video Conference Application***. The Parties must comply with Judge Agresti's ***Amended Notice of Temporary Modification of Appearance Procedures***, dated and effective November 22, 2021, until further notice, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf.

(3) ***Initializing Zoom Hearing***: To join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, to attend and use the following Meeting ID: 160 2130 3488. For questions regarding the connection contact Judge Agresti's Chambers at 814-464-9760.

(4) If, **on or before February 4, 2022,** Counsel files a corrected *Motion* the hearing scheduled above *may* be cancelled and the Order to Show Cause vacated.

Thomas P. Agresti, Judge    nms
United States Bankruptcy Court

Case Administrator to serve:
    Debtors
    Dennis Spyra, Esq.

2

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23742-TPA |
| James H. Ramsey, Jr. | Chapter 7 |
| Sandra L. Ramsey | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 25, 2022 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2022:**

**Recip ID**    **Recipient Name and Address**
db/jdb    James H. Ramsey, Jr., Sandra L. Ramsey, 6001 Roslyn Street, McKeesport, PA 15135-1128

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 27, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2022 at the address(es) listed below:

**Name**    **Email Address**

Brian Nicholas
     on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bnicholas@kmllawgroup.com

Brian E. Caine
     on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the SCIG Series III Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Christopher M. McMonagle
     on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the SCIG Series III Trust cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com

Dennis J. Spyra
     on behalf of Debtor James H. Ramsey  Jr. attorneyspyra@dennisspyra.com

Dennis J. Spyra
     on behalf of Joint Debtor Sandra L. Ramsey attorneyspyra@dennisspyra.com

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jan 25, 2022 | Form ID: pdf900 | Total Noticed: 1

Rosemary C. Crawford
    crawfordmcdonald@aol.com PA68@ecfcbis.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Steven P Kelly
    on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the SCIG Series III Trust skelly@sterneisenberg.com, bkecf@sterneisenberg.com

TOTAL: 9